SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MICHELLE Y. MCISAAC BAR NO. 215294
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successor in Interest,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 08-0338 CW<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>JUDGE:   Hon. Claudia Wilken<br>CTRM:    2, 4th Floor<br>DATE:    March 6, 2008<br>TIME:    2:00 p.m. |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 6, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2, located on the 4th floor of the above-entitled court located at 1301 Clay Street, Oakland, California, the motion of defendants Hartford Life and Accident Insurance Company and Hartford Life and Accident Insurance Company (jointly "Hartford") to dismiss plaintiffs' complaint, will come on for hearing before the Honorable Claudia Wilken.

The action filed by plaintiffs Vicki Caprio and Duane A. Barbarotto as successors in interest to decedent Nicholas J. Barbarotto is barred on grounds of *res judicata* and therefore, defendants' motion should be granted.

This motion is based on this Notice, the Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith, the documents on file with the court herein, and oral arguments presented at the time of the hearing on this matter.

DATED: January 25, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  s/Michelle Y. McIsaac
    BRUCE D. CELEBREZZE
    MICHELLE Y. MCISAAC
    Attorneys for Defendants
    HARTFORD LIFE INSURANCE COMPANY
    and HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY