SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MICHELLE Y. MCISAAC BAR NO. 215294
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successor in Interest,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 08-0338 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>JUDGE: Hon. Claudia Wilken<br>CTRM:  2, 4th Floor<br>DATE:  March 6, 2008<br>TIME:  2:00 p.m. |

Defendants Hartford Life Insurance Company's and Hartford Life and Accident Insurance Company's (jointly "Hartford") motion to dismiss plaintiffs Vicki Caprio and Duane A. Barbarotto, as decedent Nicholas J. Barbarotto's Successor in Interest's ("plaintiffs") complaint in its entirety came on regularly for hearing before this Court on March 6, 2008 at 2:00 p.m. in Courtroom 2, 4th Floor, the Honorable Claudia Wilken presiding.  All parties appeared through counsel.  After full consideration of the parties' papers, the declarations and the evidence submitted, and the oral argument of counsel, this Court orders as follows:

1  IT IS HEREBY ORDERED that Hartford's motion to dismiss plaintiffs' complaint is
2  GRANTED.  The claims asserted by plaintiffs in their complaint were dismissed with prejudice
3  on October 19, 2006 by this court in *Nicholas J. Barbarotto, individually and as Trustee of the*
4  *Nicholas J. Barbarotto Revocable Living Trust Agreement dated November 2, 2005, Plaintiff vs.*
5  *Hartford Life Insurance Company, a corporation, doing business as The Hartford and Hartford*
6  *Life and Accident Insurance Company, and Does 1-10, Defendants, Case No. C06-1278.*
7  Plaintiffs' complaint is barred by *res judicata*. Plaintiffs' complaint is hereby dismissed with
8  prejudice.
9  DATED:

10                                  HONORABLE CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE