1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   MICHELLE Y. MCISAAC BAR NO. 215294
3  michelle.mcisaac@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendants
7  HARTFORD LIFE INSURANCE COMPANY
   and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
8
   DYKMAN & WESTER, LLP
9  BARRY F. WESTER BAR NO. 103588
   MATTHEW D. BREKHUS BAR NO. 119251
10 790 Mission Avenue
   San Rafael, CA 94901
11 Telephone: (415) 454-8545
   Facsimile: (415) 454-8628
12
   17 Keller Street
13 Petaluma, CA  94952
   Telephone: (707) 769-2990
14 Facsimile: (707) 778-1086

15 Attorneys for Plaintiffs
   VICKI CAPRIO and DUANE A. BARBAROTTO
16

17            UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successors in Interest,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 08-0338 CW<br><br>**STIPULATION TO CONTINUE HEARING OF DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>JUDGE:  Hon. Claudia Wilken<br>CTRM:   2, 4th Floor<br>DATE:   April 10, 2008<br>TIME:   2:00 p.m. |

1  Pursuant to Northern District Local Rule 7-7(b), plaintiffs Vicki Caprio and Duane A.
2  Barbarotto ("Plaintiffs"), and defendants Hartford Life Insurance Company and Hartford Life and
3  Accident Insurance Company ("Hartford"), by and through their attorneys of record, agree and
4  stipulate to continue the hearing on Hartford's motion to dismiss Plaintiffs' complaint (Docket #
5  3), currently noticed for March 6, 2008. Plaintiffs have not yet filed an opposition to Hartford's
6  motion, and the parties stipulate to a continuance of the hearing on the motion to April 10, 2008,
7  at 2:00 p.m.

8  IT IS SO STIPULATED.

9  DATED: February 28, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11                                   By: _____
12                                   BRUCE D. CELEBREZZE
                                     MICHELLE Y. MCISAAC
13                                   Attorneys for Defendants
                                     HARTFORD LIFE INSURANCE COMPANY
14                                   and HARTFORD LIFE AND ACCIDENT
                                     INSURANCE COMPANY

16  DATED: February 27, 2008         DYKMAN & WESTER, LLP

18                                   By: _____
19                                   MATTHEW D. BREKHUS
                                     Attorney for Plaintiffs
20                                   VICKI CAPRIO and DUANE A.
                                     BARBAROTTO

Caprio, et al. v. Hartford Life Insurance Company
United States District Court, Northern District Case No. C 08-0338 CW
File No.: 2489-107895

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On February 28, 2008, I served the within document(s):

**STIPULATION TO CONTINUE HEARING OF DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

☒ NOTICE OF ELECTRONIC FILING - by filing the document(s) listed above electronically, resulting in an automatic notice of electronic filing to all parties of record.

| | |
|---|---|
| Matthew D. Brekhus | |
| 17 Keller Street | 790 Mission Avenue |
| Petaluma, CA 94952 | San Rafael, CA 94901 |
| Tel: 707.769.2990 | Tel: 415.454.8545 |
| Fax: 707.778.1086 | Fax: 415.454.8628 |

Attorneys For Plaintiffs
Vicki Caprio and Duane A. Barbarotto

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the above is true and correct. Executed on February 28, 2008, at San Francisco, California.

/s/ Sharice Valenzuela
_____
SHARICE VALENZUELA

PROOF OF SERVICE

SF/1490457v1