**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successors in Interest,<br><br>    Plaintiffs,<br><br>    v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants.<br>_____/ | No. C 08-0338 CW<br><br>ORDER RE: STIPULATION TO CONTINUE HEARING OF DEFENDANTS' MOTION TO DISMISS |

   Pursuant to the parties' stipulation, the March 6, 2008 hearing on Defendants' motion to dismiss is hereby VACATED. Plaintiffs' opposition to the motion shall be filed by March 13, 2008 and any reply brief shall be filed by March 20, 2008.  The motion will be decided on the papers unless the Court sets a hearing.

   IT IS SO ORDERED.

Dated:  3/5/08


_____
CLAUDIA WILKEN
United States District Judge