1  Barry F. Wester, Esq. (103588)
   Matthew D. Brekhus, Esq. (119251)
2  DYKMAN & WESTER, LLP
   790 Mission Avenue
3  San Rafael, CA  94901
   Telephone:  415/454-8545
4  Facsimile:   415/454-8628

5  Attorneys for Plaintiff
    VICKI CAPRIO and DUANE A. BARBAROTTO
6   as decedent Nicholas Barbarotto's Successors in Interest

7

8

9                     **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT COURT OF CALIFORNIA**

11

12

13 | VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas Barbarotto's Successors in Interest, | Case No.: C08-0338 CW |
14 | | |
   | | **PROOF OF SERVICE** |
15 | Plaintiffs, | |
16 | | |
   | vs. | Judge: Claudia Wilken |
17 | | Date:  April 8, 2008 |
   | HARTFORD LIFE INSURANCE COMPANYa corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive, | Time:  2:00 p.m. |
18 | | Ctrm:  2, 4th Floor |
19 | | |
20 | | |
21 | Respondents. | |

1

| | |
|---|---|
| Case Name: | ***VICKI CAPRIO and DUANE BARBAROTTO v. HARTFORD LIFE INSURANCE COMPANY*** |
| Court and Case No: | United States District Court, Northern District of California Case No. C 08-0338 CW |

Document Name: **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS COMPLAINT**

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action. My business name and address is Dykman &Wester, LLP, 790 Mission Avenue, San Rafael, CA 94901

On **March 13, 2008**, I caused to be served said document on the following parties involved as follows:

Bruce D. Celebrezze
Michelle McIsaac
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza
Steurt Tower, 8th Floor
San Francisco,CA 94105

\_\_     BY MAIL:  I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

\_\_     BY PERSONAL DELIVERY:  I caused each such envelope to be delivered by hand to the offices of each addressee noted.

\_\_     BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED: I caused each such envelope noted, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

\_\_     VIA FACSIMILE TRANSMISSION.

\_\_     VIA OVERNIGHT DELIVERY

\_x\_\_     NOTICE OF ELECTRONIC FILING

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on **March 13, 2008** in Petaluma, California.

                                                _____/S/_____
                                                MATTHEW BREKHUS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28