UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAPRIO, et al.

Plaintiff(s),

CASE NO. 08-00338 CW

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

HARTFORD LIFE INSURANCE COMPANY, et al.

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 22, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michelle Y. McIsaac | Hartford Life Insurance Co., et al. | (415) 781-7900 | michelle.mcisaac@sdma.com |
| Matthew D. Brekhus | Caprio, et al. | (707) 769-2990 | mbrekhus@gmail.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/14/08   /s/ Matthew D. Brekhus
                 Attorney for Plaintiff

Dated: 4/14/08   /s/ Michelle Y. McIsaac
                 Attorney for Defendant

Rev 12.05