C-08-338-CW Vicki Caprio, et al-v-Hartford Life Insurance Co., et al

# Document #s 15 and 16 removed, pursuant to order #19, filed on 6/11/08.