SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MICHELLE Y. MCISAAC BAR NO. 215294
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successor in Interest,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. C 08-0338 CW<br><br>**DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>JUDGE:   Hon. Claudia Wilken |

SF/1513599v1

DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

1  Pursuant to Civil Local Rule 7-11, defendants Hartford Life Insurance Company and
2 Hartford Life and Accident Insurance Company ("Hartford") respectfully request an order to
3 remove incorrectly e-filed documents, Docket Nos. 15 and 16.  On May 29, 2008,
4 "Memorandum of Points and Authorities of Defendants Hartford Life Insurance Company and
5 Hartford Life and Accident Insurance Company in Opposition to Motion for Relief," and
6 "Request for Judicial Notice" were incorrectly e-filed in this action.  (Docket Nos. 15 and 16).
7 These documents should have been filed in case number C 06-1278.  After discovering the error,
8 the documents were properly e-filed in the correct case, case number C 06-1278, the same day.
9 Hartford requests an order permitting the clerk to remove the incorrectly filed documents from
10 this case.

DATED: May 30, 2008                    Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:   /s/ Michelle Y. McIsaac
    BRUCE D. CELEBREZZE
    MICHELLE Y. MCISAAC
    Attorneys for Defendants
    HARTFORD LIFE INSURANCE COMPANY
    and HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY

SF/1513599v1

-1-
DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT