1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
3  MICHELLE Y. MCISAAC BAR NO. 215294
   michelle.mcisaac@sdma.com
4  One Market Plaza
   Steuart Tower, 8th Floor
5  San Francisco, California 94105
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7
   Attorneys for Defendants
8  HARTFORD LIFE INSURANCE COMPANY
   and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  VICKI CAPRIO and DUANE A.            CASE NO. C 08-0338 CW
    BARBAROTTO as decedent Nicholas J.
14  Barbarotto's Successor in Interest,

15          Plaintiff,                   [PROPOSED] ORDER GRANTING
                                         DEFENDANTS HARTFORD LIFE
16       v.                              INSURANCE COMPANY AND
                                         HARTFORD LIFE AND ACCIDENT
17                                       INSURANCE COMPANY'S
    HARTFORD LIFE INSURANCE              ADMINISTRATIVE MOTION TO
18  COMPANY, a corporation doing business REMOVE INCORRECTLY FILED
    as THE HARTFORD and HARTFORD         DOCUMENT
19  LIFE AND ACCIDENT INSURANCE
    COMPANY, and DOES 1 through 20,      JUDGE:   Hon. Claudia Wilken
20  inclusive,

21          Defendants.

22

23

24

25

26

27

28

1    Defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance

2    Company ("Hartford") administrative motion to remove incorrectly filed documents, Docket

3    Nos. 15 and 16, is hereby GRANTED.  The clerk is ordered to remove documents nos. 15 and

4    16, from the docket of this case.

5    IT IS SO ORDERED.

6    By:_____

7    UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/1513598v1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT