1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   MICHELLE Y. MCISAAC BAR NO. 215294
3  michelle.mcisaac@sdma.com
4  One Market Plaza
   Steuart Tower, 8th Floor
5  San Francisco, California 94105
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7
   Attorneys for Defendants
8  HARTFORD LIFE INSURANCE COMPANY
   and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successor in Interest,<br><br>           Plaintiff,<br><br>      v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. C 08-0338 CW<br><br>**ORDER GRANTING DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>JUDGE:   Hon. Claudia Wilken |

1  Defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance
2  Company ("Hartford") administrative motion to remove incorrectly filed documents, Docket
3  Nos. 15 and 16, is hereby GRANTED. The clerk is ordered to remove documents nos. 15 and
4  16, from the docket of this case.
5  IT IS SO ORDERED.
6  6/11/08

By: _____
UNITED STATES DISTRICT COURT JUDGE