1  Barry F. Wester, Esq. (103588)
   Matthew D. Brekhus, Esq. (119251)
2  DYKMAN & WESTER, LLP
   790 Mission Avenue
3  San Rafael, CA  94901
   Telephone: 415/454-8545
4  Facsimile:  415/454-8628

5  Attorneys for Plaintiff
    VICKI CAPRIO and DUANE A. BARBAROTTO
6   as decedent Nicholas Barbarotto's Successors in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas Barbarotto's Successors in Interest,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANY a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive,<br><br>Respondents. | Case No.: C08-0338 CW<br><br>**PROOF OF SERVICE**<br><br>Judge:  Claudia Wilken |

1

Case Name: ***VICKI CAPRIO and DUANE BARBAROTTO v. HARTFORD LIFE INSURANCE COMPANY***

Court and Case No: United States District Court, Northern District of California
Case No. C 08-0338 CW

Document Name: **FIRST AMENDED COMPLAINT**

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action. My business name and address is Dykman &Wester, LLP, 790 Mission Avenue, San Rafael, CA 94901

On **June 27, 2008**, I caused to be served said document on the following parties involved as follows:

Bruce D. Celebrezze
Michelle McIsaac
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza
Steurt Tower, 8th Floor
San Francisco,CA 94105

__    BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

__    BY PERSONAL DELIVERY: I caused each such envelope to be delivered by hand to the offices of each addressee noted.

__    BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED: I caused each such envelope noted, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

__    VIA FACSIMILE TRANSMISSION.

__    VIA OVERNIGHT DELIVERY

_x__    NOTICE OF ELECTRONIC FILING

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on **June 27, 2008** in Petaluma, California.

_____/S/_____
MATTHEW BREKHUS

2

Case 4:08-cv-00338-CW    Document 21    Filed 06/27/2008    Page 3 of 3