| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | bruce.celebrezze@sdma.com |
|   | MICHELLE Y. McISAAC  Bar No. 215294 |
| 3 | michelle.mcisaac@sdma.com |
|   | LISA G. ROWE  Bar No. 232601 |
| 4 | lisa.rowe@sdma.com |
|   | One Market Plaza |
| 5 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 6 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 7 | |
| 8 | Attorneys for Defendants |
|   | HARTFORD LIFE INSURANCE COMPANY |
|   | and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |
| 9 | |
| 10 | DYKMAN & WESTER, LLP |
|   | BARRY F. WESTER BAR NO. 103588 |
|   | MATTHEW D. BREKHUS BAR NO. 119251 |
| 11 | 790 Mission Avenue |
|   | San Rafael, CA 94901 |
| 12 | Telephone: (415) 454-8545 |
|   | Facsimile: (415) 454-8628 |
| 13 | |
| 14 | Attorneys for Plaintiffs |
|   | VICKI CAPRIO and DUANE A. BARBAROTTO |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI CAPRIO and DUANE A. BARBAROTTO as decedent Nicholas J. Barbarotto's Successors in Interest,<br><br>        Plaintiffs,<br><br>        v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. C 08-0338 CW<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiffs Vicki Caprio and Duane A. Barbarotto and defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance Company, by and through their respective attorneys of record herein, that this entire action, including the complaint, shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs. |

DATED: February __, 2009               SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    BRUCE D. CELEBREZZE
    MICHELLE Y. MCISAAC
    LISA G. ROWE
    Attorneys for Defendants
    HARTFORD LIFE INSURANCE COMPANY
    and HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY

Dated: February __, 2009               DYKMAN & WESTER LLP

By: _____
    BARRY F. WESTER
    MATTHEW D. BREKHUS
    Attorney for Plaintiffs
    VICKI CAPRIO and DUANE A.
    BARBAROTTO

**ORDER**

Pursuant to the Stipulation above, the entire action, shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  3/2/09

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

-1-

CASE NO. CV 08-0338 CW
STIPULATION AND [PROPOSED] ORDER
RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

SF/1565127v1